John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
JESSICA JUAREZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:14 CR 276 JAM |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION REGARDING EXCLUDABLE TIME |
| vs. | ) ) | PERIODS UNDER SPEEDY TRIAL ACT;FINDINGS AND ORDER |
| SILVA-SOTO, et al., | ) ) | Date:    January 27, 2015 |
|  | ) | Time:    9:30 a.m. |
| Defendants. | ) ) | Judge:   Honorable John A. Mendez |

The United States of America through its undersigned counsel, Samuel Wong, Assistant United States Attorney, together with counsel for defendant Gabriel Silva-Soto, Bradford Weston, III, Esq., counsel for defendant Yasmin Rico, Timothy Zindel, Esq., counsel for defendant Elpidio Pedrizco-Mata, Kyle R. Knapp, Esq., counsel for defendant Rigoberto Ibanez-Rojas, Dina L. Santos, Esq., counsel for defendant Victor Vasquez-Heras, Clemente Jimenez, Esq., counsel for defendant Elodio Morfin-Soto, Michael E. Hansen, Esq., counsel for defendant Pedro Rojas-Garcia, Michael D. Long, Esq., counsel for defendant Juan Lira-Dejesus, Philip Cozens, Esq., counsel for defendant Apolinar Bautista-Ruiz, Mark J. Reichel, Esq., counsel for defendant Marcial Abraham-Montalvo, Olaf W. Hedberg, Esq., counsel for defendant Porfirio Vasquez-Heraz, Christopher R. Cosca, Esq., counsel for defendant Maurilio Vasquez-Heraz, Kristy Kellogg, Esq., and counsel for defendant Jessica Juarez, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on November 18, 2014.

2. By this stipulation, defendants now move to continue the status conference until January 27, 2015 and to exclude time between November 18, 2014 and January 27, 2015 under Local Codes T-2 (unusual and complex case) and T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

    a. This case involves thirteen co-defendants. It is anticipated discovery will be available forthwith. It is also anticipated that the discovery will be at least approximately 14,000 pages and will need to be copied and distributed amongst defense counsel. The Superseding Indictment alleges that the crimes alleged occurred in at least four counties and two judicial districts. Based on these facts, the case is unusual and complex within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and Local Code T-2 and it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in the Speedy Trial Act, 18 U.S.C. § 3161.

    b. Counsel for the defendants need additional time to review the anticipated discovery, conduct investigation, and interview potential witnesses.

    c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1         d.       The Government does not object to the continuance.

2         e.       Based on the above-stated facts, the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial and the time from the date of the parties' stipulation, November 14, 2014, to and including the new status conference date of January 27, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare).

13    4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

```
Dated:  November 14, 2014            /s/ Bradford Weston, III
                                     BRADFORD WESTON, III
                                     Attorney for Defendant
                                     Gabriel Silva-Soto

Dated:  November 14, 2014            /s/  Timothy Zindel
                                     TIMOTHY ZINDEL
                                     Attorney for Defendant
                                     Yasmin Rico

Dated:  November 14, 2014            /s/  Kyle R. Knapp
                                     KYLE R. KNAPP
                                     Attorney for Defendant
                                     Elpidio Pedrizco-Mata

Dated:  November 14, 2014            /s/  Dina L. Santos
                                     DINA L. SANTOS
                                     Attorney for Defendant
                                     Rigoberto Ibanez-Rojas
```

///

///

```
Dated:  November 14, 2014          /s/  Clemente Jimenez
                                   CLEMENTE JIMENEZ
                                   Attorney for Defendant
                                   Victor Vasquez-Heras

Dated:  November 14, 2014          /s/  Michael E. Hansen
                                   MICHAEL E. HANSEN
                                   Attorney for Defendant
                                   Elodio Morfin-Soto


Dated:  November 14, 2014          /s/  Michael D.Long
                                   MICHAEL D. LONG
                                   Attorney for Defendant
                                   Pedro-Rojas-Garcia

Dated:  November 14, 2014          /s/  Philip Cozens
                                   PHILIP COZENS
                                   Attorney for Defendant
                                   Juan Lira-Dejesus

Dated:  November 14, 2014          /s/  Mark J. Reichel
                                   MARK J. REICHEL
                                   Attorney for Defendant
                                   Apolinar Bautista-Ruiz

Dated:  November 14, 2014          /s/  Olaf W. Hedberg
                                   OLAF W. HEDBERG
                                   Attorney for Defendant
                                   Marcial Abraham-Montalvo

Dated:  November 14, 2014          /s/  Christopher R. Cosca
                                   CHRISTOPHER R. COSCA
                                   Attorney for Defendant
                                   Porfirio Vasquez-Heraz

Dated:  November 14, 2014          /s/  Kristy Kellogg
                                   KRISTY KELLOGG
                                   Attorney for Defendant
                                   Maurilio Vasquez-Heraz

Dated:  November 14, 2014          /s/  John R. Manning
                                   JOHN R. MANNING
                                   Attorney for Defendant
                                   Jessica Juarez


Dated:  November 14, 2014          Benjamin B. Wagner
                                   United States Attorney

                                   /s/  Samuel Wong
                                   SAMUEL WONG
                                   Assistant United States Attorney
```

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  IT IS SO FOUND AND ORDERED this 14th day of November, 2014.

```
                              /s/ John A. Mendez_____
                              HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE
```