Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
Telephone: 916.438.7711
Fax: 916.864.1359
Email:  mhansen@criminal-defenses.com

Attorney for Defendant
ELODIO MORFIN-SOTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>GABRIEL SILVA-SOTO, et al.,<br><br>            Defendants. | No. 2:14-CR-00276-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Samuel Wong, Assistant United States Attorney, attorney for plaintiff; Timothy Zindel, Assistant Federal Defender, attorney for defendant Yasmin Rico; Kyle Knapp, attorney for defendant Elpidio Pedrizco-Mata; Dina Santos, attorney for defendant Rigoberto Ibanez-Rojas; Clemente Jimenez, attorney for defendant Victor Vasquez-Heras; Michael Hansen, attorney for defendant Elodio Morfin-Soto; Michael Long, attorney for defendant Pedro Rojas-Garcia; Richard Bobus, attorney for defendant Juan Lira-Dejesus; Mark Reichel,

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

attorney for defendant Apolinar Bautista-Ruiz; Olaf Hedberg, attorney for defendant Marcial Abraham-Montalvo; Christopher Cosca, attorney for defendant Porfirio Vasquez-Heraz; Kristy Kellogg, attorney for defendant Maurilio Vasquez-Heraz; and John Manning, attorney for defendant Jessica Juarez, that the previously-scheduled status conference date of February 10, 2015, be vacated and the matter set for status conference on May 5, 2015, at 9:15 a.m.

    1. The parties agree and stipulate, and request the Court find the following:

        a. This case involves thirteen co-defendants. The United States has produced approximately 14,000 pages, which has been distributed amongst defense counsel. The Superseding Indictment alleges that the crimes alleged occurred in at least four counties and two judicial districts. Based on these facts, the case is unusual and complex within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and Local Code T-2 and it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in the Speedy Trial Act, 18 U.S.C. § 3161.

        b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

   c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The Government does not object to the continuance.

   e. Based on the above-stated facts, the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial and the time from the date of the parties' stipulation, February 9, 2015, to and including the new status conference date of May 5, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare).

 2. Additionally, Mr. Hansen will be out of state on another matter (<u>US v. Samuel Flek</u>, USDC, S.D. Ohio, Case No. 2:14-CR-00207-MHW) and a continuance of the status conference is needed to ensure continuity of counsel for defendant Morfin-Soto.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation in its entirety as part of its Order.

IT IS SO STIPULATED.

Dated:  February 9, 2015          Respectfully submitted,

                                  /s/ Michael E. Hansen
                                  MICHAEL E. HANSEN
                                  Attorney for Defendant
                                  ELODIO MORFIN-SOTO

Dated:  February 9, 2015          HEATHER E. WILLIAMS
                                  Federal Defender

                                  By: /s/ Michael E. Hansen for
                                  TIMOTHY ZINDEL
                                  Attorney for Defendant
                                  YASMIN RICO

Dated:  February 9, 2015          /s/ Michael E. Hansen for
                                  KYLE KNAPP
                                  Attorney for Defendant
                                  ELPIDIO PEDRIZCO-MATA

Dated:  February 9, 2015          /s/ Michael E. Hansen for
                                  DINA SANTOS
                                  Attorney for Defendant
                                  RIGOBERTO IBANEZ-ROJAS

Dated:  February 9, 2015          /s/ Michael E. Hansen for
                                  CLEMENTE JIMENEZ
                                  Attorney for Defendant
                                  VICTOR VASQUEZ-HERAS

Dated:  February 9, 2015          /s/ Michael E. Hansen for
                                  MICHAEL LONG
                                  Attorney for Defendant
                                  PEDRO ROJAS-GARCIA

Dated:  February 9, 2015          /s/ Michael E. Hansen for
                                  RICHARD BOBUS
                                  Attorney for Defendant
                                  JUAN LIRA-DEJESUS

| | | |
|---|---|---|
| 1 | Dated:  February 9, 2015 | /s/ Michael E. Hansen for<br>MARK REICHEL<br>Attorney for Defendant<br>APOLINAR BAUTISTA-RUIZ |
| 2 | Dated:  February 9, 2015 | /s/ Michael E. Hansen for<br>OLAF HEDBERG<br>Attorney for Defendant<br>MARCIAL ABRAHAM-MONTALVO |
| 3 | Dated:  February 9, 2015 | /s/ Michael E. Hansen for<br>CHRISTOPHER COSCA<br>Attorney for Defendant<br>PORFIRIO VASQUEZ-HERAZ |
| 4 | Dated:  February 9, 2015 | /s/ Michael E. Hansen for<br>KRISTY KELLOGG<br>Attorney for Defendant<br>MAURILIO VASQUEZ-HERAZ |
| 5 | Dated:  February 9, 2015 | /s/ Michael E. Hansen for<br>JOHN MANNING<br>Attorney for Defendant<br>JESSICA JUAREZ |
| 6 | Dated:  February 6, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>By: /s/ Michael E. Hansen for<br>SAMUEL WONG<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. Section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case

would deny all defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel for defendant Morfin-Soto. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, February 9, 2015, to and including May 5, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A) and (B) (ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare and continuity of defense counsel). It is further ordered that the February 12, 2015, status conference shall be continued until May 5, 2015, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  2/9/2015

_____/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge

6

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE