John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
JESSICA JUAREZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14 CR 276 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; |
| vs. | FINDINGS AND ORDER |
| SILVA-SOTO, et al., | Date:   August 25, 2015 |
| | Time:   9:15 a.m. |
| Defendants. | Judge:  Honorable John A. Mendez |

    The United States of America through its undersigned counsel, Samuel Wong, Assistant United States Attorney, together with counsel for defendant Gabriel Silva-Soto, Bradford Weston, III, Esq., counsel for defendant Yasmin Rico, Timothy Zindel, Esq., counsel for defendant Elpidio Pedrizco-Mata, Kyle R. Knapp, Esq., counsel for defendant Rigoberto Ibanez-Rojas, Dina L. Santos, Esq., counsel for defendant Victor Vasquez-Heras, Clemente Jimenez, Esq., counsel for defendant Elodio Morfin-Soto, Michael E. Hansen, Esq., counsel for defendant Pedro Rojas-Garcia, Michael D. Long, Esq., counsel for defendant Juan Lira-Dejesus, Richard L. Bobus, Esq., counsel for defendant Apolinar Bautista-Ruiz, Mark J. Reichel, Esq., counsel for defendant Marcial Abraham-Montalvo, Olaf W. Hedberg, Esq., counsel for defendant Porfirio Vasquez-Heraz, Christopher R. Cosca, Esq., counsel for defendant Maurilio Vasquez-Heraz, Kristy Kellogg, Esq., and counsel for defendant Jessica Juarez, John R. Manning, Esq., hereby stipulate the following:

1.  By previous order, this matter was set for status conference on May 5, 2015.

2.  By this stipulation, defendants now move to continue the status conference until August 25, 2015 at 9:15 a.m., and to exclude time between May 5, 2015 and August 25, 2015 under Local Codes T-2 (unusual and complex case) and T-4 (to allow defense counsel time to prepare).

3.  The parties agree and stipulate, and request the Court find the following:

    a.  This case involves thirteen co-defendants. The United States has produced discovery containing approximately 14,000 pages of reports and pictures, 5 DVD's containing videos, and 1 CD containing multiple audio files. The Superseding Indictment alleges that the crimes alleged occurred in at least four counties and two judicial districts. Based on these facts, the case is unusual and complex within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and Local Code T-2 and it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in the Speedy Trial Act, 18 U.S.C. § 3161.

    b.  Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

    c.  Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.  The Government does not object to the continuance.

      e.     Based on the above-stated facts, the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial and the time from the date of the parties' stipulation, April 30, 2015, to and including the new status conference date of August 25, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare).

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 29, 2015          /s/ Bradford Weston, III
                                       BRADFORD WESTON, III
                                       Attorney for Defendant
                                       Gabriel Silva-Soto

Dated: April 29, 2015          /s/ Timothy Zindel
                                       TIMOTHY ZINDEL
                                       Attorney for Defendant
                                       Yasmin Rico

Dated:  April 29, 2015         /s/ Kyle R. Knapp
                                       KYLE R. KNAPP
                                       Attorney for Defendant
                                       Elpidio Pedrizco-Mata

Dated:  April 29, 2015         /s/ Dina L. Santos
                                       DINA L. SANTOS
                                       Attorney for Defendant
                                       Rigoberto Ibanez-Rojas

Dated:  April 29, 2015         /s/ Clemente Jimenez
                                       CLEMENTE JIMENEZ
                                       Attorney for Defendant
                                       Victor Vasquez-Heras

```
Dated:  April 29, 2015                  /s/ Michael E. Hansen
                                        MICHAEL E. HANSEN
                                        Attorney for Defendant
                                        Elodio Morfin-Soto

Dated:  April 29, 2015                  /s/ Michael D. Long
                                        MICHAEL D. LONG
                                        Attorney for Defendant
                                        Pedro-Rojas-Garcia

Dated:  April 29, 2015                  /s/ Richard L. Bobus
                                        RICHARD L. BOBUS
                                        Attorney for Defendant
                                        Juan Lira-Dejesus

Dated:  April 29, 2015                  /s/ Mark J. Reichel
                                        MARK J. REICHEL
                                        Attorney for Defendant
                                        Apolinar Bautista-Ruiz

Dated:  April 29, 2015                  /s/ Olaf W. Hedberg
                                        OLAF W. HEDBERG
                                        Attorney for Defendant
                                        Marcial Abraham-Montalvo

Dated:  April 29, 2015                  /s/ Christopher R. Cosca
                                        CHRISTOPHER R. COSCA
                                        Attorney for Defendant
                                        Porfirio Vasquez-Heraz

Dated:  April 29, 2015                  /s/ Kristy Kellogg
                                        KRISTY KELLOGG
                                        Attorney for Defendant
                                        Maurilio Vasquez-Heraz

Dated:  April 29, 2015                  /s/ John R. Manning
                                        JOHN R. MANNING
                                        Attorney for Defendant
                                        Jessica Juarez


Dated:  April 29, 2015                  Benjamin B. Wagner
                                        United States Attorney

                                        /s/ Samuel Wong
                                        SAMUEL WONG
                                        Assistant United States Attorney
```

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  IT IS SO FOUND AND ORDERED this 30th day of April, 2015.

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE