```
John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
JESSICA JUAREZ
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>SILVA-SOTO, et al.,<br><br>            Defendants. | Case No.: 2:14 CR 276 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>Date:   March 8, 2016<br>Time:   9:15 a.m.<br>Judge:  Honorable John A. Mendez |

The United States of America through its undersigned counsel, Samuel Wong, Assistant United States Attorney, together with counsel for defendant Gabriel Silva-Soto, Bradford Weston, III, Esq., counsel for defendant Yasmin Rico, Timothy Zindel, Esq., counsel for defendant Elpidio Pedrizco-Mata, Kyle R. Knapp, Esq., counsel for defendant Rigoberto Ibanez-Rojas, Dina L. Santos, Esq., counsel for defendant Victor Vasquez-Heras, Clemente Jimenez, Esq., counsel for defendant Elodio Morfin-Soto, Michael E. Hansen, Esq., counsel for defendant Pedro Rojas-Garcia, Michael D. Long, Esq., counsel for defendant Juan Lira-Dejesus, Richard L. Bobus, Esq., counsel for defendant Apolinar Bautista-Ruiz, Mark J. Reichel, Esq., counsel for defendant Marcial Abraham-Montalvo, Olaf W. Hedberg, Esq., counsel for defendant Porfirio Vasquez-Heraz, Christopher R. Cosca, Esq., counsel for defendant Maurilio Vasquez-Heraz, Kristy Kellogg, Esq., and counsel for defendant Jessica Juarez, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on January 12, 2016.

2. By this stipulation, defendants now move to continue the status conference until March 8, 2016 at 9:15 a.m. and to exclude time between January 12, 2016 and March 8, 2016 under Local Codes T-2 (unusual and complex case) and T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

    a. This case involves thirteen co-defendants. The United States has produced discovery containing approximately 14,000 pages of reports and pictures, 5 DVD's containing videos, and 1 CD containing multiple audio files. The Superseding Indictment alleges that the crimes alleged occurred in at least four counties and two judicial districts. Based on these facts, the case is unusual and complex within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and Local Code T-2 and it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in the Speedy Trial Act, 18 U.S.C. § 3161.

    b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

    c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The Government does not object to the continuance.

   e. Based on the above-stated facts, the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial and the time period of January 12, 2016, to and including the new status conference date of March 8, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare).

 4. The Parties further agree and stipulate to the following schedule:

   Motion to suppress – due March 8, 2016;

   Opposition – due April 12, 2016;

   Reply – due April 26, 2016;

The Parties request a non-evidentiary hearing on the motion to suppress be held on May 10, 2016.

 5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

 IT IS SO STIPULATED.

Dated: January 8, 2016       Bradford Weston
                BRADFORD WESTON, III
                Attorney for Defendant
                Gabriel Silva-Soto

Dated: January 8, 2016       Timothy Zindel
                TIMOTHY ZINDEL
                Attorney for Defendant
                Yasmin Rico

```
1   Dated: January 8, 2016              Kyle Knapp
                                        KYLE R. KNAPP
2                                       Attorney for Defendant
                                        Elpidio Pedrizco-Mata
3

4   Dated: January 8, 2016              Dina Santos
                                        DINA L. SANTOS
5                                       Attorney for Defendant
                                        Rigoberto Ibanez-Rojas
6

7   Dated: January 8, 2016              Clemente Jimenez
                                        CLEMENTE JIMENEZ
8                                       Attorney for Defendant
                                        Victor Vasquez-Heras
9

10  Dated: January 8, 2016              Michael Hansen
                                        MICHAEL E. HANSEN
11                                      Attorney for Defendant
                                        Elodio Morfin-Soto
12

13  Dated: January 8, 2016              Michael Long
                                        MICHAEL D. LONG
14                                      Attorney for Defendant
                                        Pedro-Rojas-Garcia
15

16  Dated: January 8, 2016              Richard Bobus
                                        RICHARD L. BOBUS
17                                      Attorney for Defendant
                                        Juan Lira-Dejesus
18

19  Dated: January 8, 2016              Mark Reichel
                                        MARK J. REICHEL
20                                      Attorney for Defendant
                                        Apolinar Bautista-Ruiz
21

22  Dated: January 8, 2016              Olaf Hedberg
                                        OLAF W. HEDBERG
23                                      Attorney for Defendant
                                        Marcial Abraham-Montalvo
24

25  Dated: January 8, 2016              Christopher Cosca
                                        CHRISTOPHER R. COSCA
26                                      Attorney for Defendant
                                        Porfirio Vasquez-Heraz
27

28  ///
```

```
Dated: January 8, 2016              Kristy Kellogg
                                    KRISTY KELLOGG
                                    Attorney for Defendant
                                    Maurilio Vasquez-Heraz


Dated: January 8, 2016              John Manning
                                    JOHN R. MANNING
                                    Attorney for Defendant
                                    Jessica Juarez



Dated: January 8, 2016              Benjamin B. Wagner
                                    United States Attorney

                                    Samuel Wong
                                    SAMUEL WONG
                                    Assistant United States Attorney
```

**ORDER**

The Court, having received, read, and considered the stipulation of the Parties, and good cause appearing therefrom, adopts the stipulation of the Parties in its entirety.

IT IS SO FOUND AND ORDERED this 8th day of January, 2016.

```
                                    /s/ John A. Mendez
                                    HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE
```