John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
JESSICA JUAREZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14 CR 276 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| vs. | |
| SILVA-SOTO, et al., | Date:   April 19, 2016 |
| | Time:   9:15 a.m. |
| Defendants. | Judge:  Honorable John A. Mendez |

   The United States of America through its undersigned counsel, Samuel Wong, Assistant United States Attorney, together with counsel for defendant Gabriel Silva-Soto, Bradford Weston, III, Esq., counsel for defendant Yasmin Rico, Timothy Zindel, Esq., counsel for defendant Elpidio Pedrizco-Mata, Kyle R. Knapp, Esq., counsel for defendant Rigoberto Ibanez-Rojas, Dina L. Santos, Esq., counsel for defendant Victor Vasquez-Heras, Clemente Jimenez, Esq., counsel for defendant Elodio Morfin-Soto, Michael E. Hansen, Esq., counsel for defendant Pedro Rojas-Garcia, Michael D. Long, Esq., counsel for defendant Juan Lira-Dejesus, Richard L. Bobus, Esq., counsel for defendant Apolinar Bautista-Ruiz, Mark J. Reichel, Esq., counsel for defendant Marcial Abraham-Montalvo, Olaf W. Hedberg, Esq., counsel for defendant Porfirio Vasquez-Heraz, Christopher R. Cosca, Esq., counsel for defendant Maurilio Vasquez-Heraz, Kristy Kellogg, Esq., and counsel for defendant Jessica Juarez, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on March 8, 2016.

2. By this stipulation, defendants now move to continue the status conference until April 19, 2016 at 9:15 a.m. and to exclude time between March 8, 2016 and April 19, 2016 under Local Codes T-2 (unusual and complex case) and T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

    a. This case involves thirteen co-defendants. The United States has produced discovery containing approximately 14,000 pages of reports and pictures, 5 DVD's containing videos, and 1 CD containing multiple audio files. The Superseding Indictment alleges that the crimes alleged occurred in at least four counties and two judicial districts. Based on these facts, the case is unusual and complex within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and Local Code T-2 and it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in the Speedy Trial Act, 18 U.S.C. § 3161.

    b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses. Additionally, it is anticipated the government will be making preliminary offers to the individual defendants to resolve their respective matters. Counsel for the defendants need additional time to review the offer(s), review the relevant guideline sections and discuss the offer(s) with their clients.

|   |   |   |
|---|---|---|
| 1 | c. | Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. |
| 5 | d. | The Government does not object to the continuance. |
| 6 | e. | Based on the above-stated facts, the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial and the time period of March 8, 2016, to and including the new status conference date of April 19, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare). |

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 3, 2016                    /s/  Bradford Weston, III
                                        BRADFORD WESTON, III
                                        Attorney for Defendant
                                        Gabriel Silva-Soto

Dated: March 3, 2016                    /s/  Timothy Zindel
                                        TIMOTHY ZINDEL
                                        Attorney for Defendant
                                        Yasmin Rico

```
 1  Dated: March 3, 2016                    /s/  Kyle Knapp
                                            KYLE R. KNAPP
 2                                          Attorney for Defendant
                                            Elpidio Pedrizco-Mata
 3
    Dated: March 3, 2016                    /s/  Dina L. Santos
 4                                          DINA L. SANTOS
                                            Attorney for Defendant
 5                                          Rigoberto Ibanez-Rojas

 6  Dated: March 3, 2016                    /s/  Clemente Jimenez
                                            CLEMENTE JIMENEZ
 7                                          Attorney for Defendant
                                            Victor Vasquez-Heras
 8
    Dated: March 3, 2016                    /s/  Michael E. Hansen
 9                                          MICHAEL E. HANSEN
                                            Attorney for Defendant
10                                          Elodio Morfin-Soto

11  Dated: March 3, 2016                    /s/  Michael D. Long
                                            MICHAEL D. LONG
12                                          Attorney for Defendant
                                            Pedro-Rojas-Garcia
13
    Dated: March 3, 2016                    /s/  Richard L. Bobus
14                                          RICHARD L. BOBUS
                                            Attorney for Defendant
15                                          Juan Lira-Dejesus

16  Dated: March 3, 2016                    /s/  Mark J. Reichel
                                            MARK J. REICHEL
17                                          Attorney for Defendant
                                            Apolinar Bautista-Ruiz
18
    Dated: March 3, 2016                    /s/  Olaf W. Hedberg
19                                          OLAF W. HEDBERG
                                            Attorney for Defendant
20                                          Marcial Abraham-Montalvo

21  Dated: March 3, 2016                    /s/  Christopher R. Cosca
                                            CHRISTOPHER R. COSCA
22                                          Attorney for Defendant
                                            Porfirio Vasquez-Heraz
23
    Dated: March 3, 2016                    /s/  Kristy Kellogg
24                                          KRISTY KELLOGG
                                            Attorney for Defendant
25                                          Maurilio Vasquez-Heraz

26  Dated: March 3, 2016                    /s/  John R. Manning
                                            JOHN R. MANNING
27                                          Attorney for Defendant
                                            Jessica Juarez
28
```

Dated: March 3, 2016                    Benjamin B. Wagner
                                        United States Attorney

                                        /s/   Samuel Wong
                                        SAMUEL WONG
                                        Assistant United States Attorney




**ORDER**


      The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  IT IS SO FOUND AND ORDERED this 4th day of March, 2016.



                                        /s/ John A. Mendez
                                        HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE