CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
VICTOR VASQUEZ-HERAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL SILVA-SOTO, et al.,<br><br>Defendants. | Case No.: 14-276 JAM<br><br>STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE<br><br>DATE:  March 8, 2016<br>TIME:   9:15 a.m.<br>JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Samuel Wong, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez, Counsel for Defendant VICTOR VASQUEZ-HERAS; Bradford Weston, III, Counsel for GABRIEL SILVA-SOTO; Timothy Zindel, Counsel for YASMIN RICO; Kyle R. Knapp, Counsel for ELPIDIO PEDRIZCO-MATA; Dina L. Santos, Counsel for RIGOBERTO IBANEZ-ROJAS; Michael E. Hansen, Counsel for ELODIO MORFIN-SOTO; Michael D. Long, Counsel for PEDRO ROJAS-GARCIA; Richard L. Bobus, Counsel for JUAN LIRA-DEJESUS; Mark J. Reichel, Counsel for APOLINAR BAUTISTA-RUIZ; Olaf W. Hedberg, Counsel for MARCIAL ABRAHAM-MONTALVO; Christopher R. Cosca, Counsel for PORFIRIO VASQUEZ-HERAZ; Kristy Kellogg, Counsel for MAURILIO VASQUEZ-HERAZ; and John R. Manning, Counsel for JESSICA JUAREZ, that the

briefing schedule relating to Defendant Victor Vasquez-Heras' Motion to Suppress be modified as follows:

Defense Motion due: 4/19/16

Government's Opposition due:  5/24/16

Defense Reply due:  6/7/16

Non-Evidentiary Hearing:  6/21/16 at 9:15 a.m.

The parties request the above-noted briefing schedule to allow for continued settlement discussions and for counsel to confer with his client, and to prepare the motion to suppress in the event that this case is not settled.  The parties further request that the Court find and order that:  (1) the denial of the modification of the briefing schedule and resulting continuance in any trial of this case, would deny counsel for defendant VASQUEZ-HERAS reasonable time to prepare, taking into account the exercise of due diligence; (2) the ends of justice served by the modification of the briefing schedule and resulting continuance in any trial of this case outweigh the best interests of the public and the defendants in a Speedy Trial; and (3) time from the date of this Stipulation, March 7, 2016, to and including April 19, 2016, be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act under 18 U.S.C. § 3161(h)(A) and (B)(iv) and Local Code T4 (pertaining to defense counsel's preparation).

BENJAMIN B. WAGNER

United States Attorney

DATED:      March 7, 2016          /S/      Samuel Wong                       _____
                                   SAMUEL WONG
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

                                   /S/      Bradford Weston, III           _____
                                   BRADFORD WESTON, III
                                   Attorney for GABRIEL SILVA-SOTO

//

//

/S/     Timothy Zindel     _____
TIMOTHY ZINDEL
Attorney for YASMIN RICO

/S/     Kyle R. Knapp     _____
KYLE R. KNAPP
Attorney for ELPIDIO PEDRIZCO-MATA

/S/     Dina L. Santos     _____
DINA L. SANTOS
Attorney for RIGOBERTO IBANEZ-ROJAS

/S/     Michael E. Hansen     _____
MICHAEL E. HANSEN
Attorney for ELODIO MORFIN-SOTO

/S/     Michael D. Long     _____
MICHAEL D. LONG
Attorney for PEDRO ROJAS-GARCIA

/S/     Richard L. Bobus     _____
RICHARD L. BOBUS
Attorney for JUAN LIRA-DEJESUS

/S/     Mark J. Reichel     _____
MARK J. REICHEL
Attorney for APOLINAR BAUTISTA-RUIZ

/S/     Olaf W. Hedberg     _____
OLAF W. HEDBERG
Attorney for MARCIAL ABRAHAM-MONTALVO

/S/     Christopher R. Cosca     _____
CHRISTOPHER R. COSCA
Attorney for PORFIRIO VASQUEZ-HERAZ

/S/     Kristy Kellogg     _____
KRISTY KELLOGG
Attorney for MAURILIO VASQUEZ-HERAZ

//

/S/     John R. Manning
JOHN R. MANNING
Attorney for JESSICA JUAREZ

**ORDER**

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court adopts the parties' stipulation as its order in its entirety.

IT IS FURTHER ORDERED that the briefing schedule be so modified and that a non-evidentiary hearing be scheduled for June 21, 2016 at 9:15 a.m.

This 11th day of March, 2016

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge