John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
JESSICA JUAREZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14 CR 276 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;FINDINGS AND ORDER |
| vs. | |
| SILVA-SOTO, et al., | Date:  May 24, 2016 |
| | Time:  9:15 a.m. |
| Defendants. | Judge: Honorable John A. Mendez |

The United States of America through its undersigned counsel, Samuel Wong, Assistant United States Attorney, together with counsel for defendant Gabriel Silva-Soto, Bradford Weston, III, Esq., counsel for defendant Yasmin Rico, Timothy Zindel, Esq., counsel for defendant Elpidio Pedrizco-Mata, Kyle R. Knapp, Esq., counsel for defendant Rigoberto Ibanez-Rojas, Dina L. Santos, Esq., counsel for defendant Victor Vasquez-Heras, Clemente Jimenez, Esq., counsel for defendant Elodio Morfin-Soto, Michael E. Hansen, Esq., counsel for defendant Juan Lira-Dejesus, Gilbert Roque, Esq., counsel for defendant Apolinar Bautista-Ruiz, Mark J. Reichel, Esq., counsel for defendant Marcial Abraham-Montalvo, Olaf W. Hedberg, Esq., counsel for defendant Porfirio Vasquez-Heraz, Christopher R. Cosca, Esq., counsel for defendant Maurilio Vasquez-Heraz, Kristy Kellogg, Esq., and counsel for defendant Jessica Juarez, John R. Manning, Esq., hereby stipulate the following:

1

1. By previous order, this matter was set for status conference on April 19, 2016.

2. By this stipulation, defendants now move to continue the status conference until May 24, 2016 and to exclude time between April 19, 2016 and May 24, 2016 under Local Codes T-2 (unusual and complex case) and T-4 (to allow defense counsel time to prepare). Defendant Pedro-Rojas-Garcia wishes to remain on the calendar to enter a change of plea.

3. The parties agree and stipulate, and request the Court find the following:

    a. This case involves thirteen co-defendants. The United States has produced discovery containing approximately 14,000 pages of reports and pictures, 5 DVD's containing videos, and 1 CD containing multiple audio files. The Superseding Indictment alleges that the crimes alleged occurred in at least four counties and two judicial districts. Based on these facts, the case is unusual and complex within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and Local Code T-2 and it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in the Speedy Trial Act, 18 U.S.C. § 3161.

    b. Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses. Furthermore, counsel for defendant, Juan Lira-Dejesus, Gilbert Roque, was appointed on April 8, 2016 and will need additional time to review the discovery and meet with his client.

        c.      Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d.      The Government does not object to the continuance.

        e.      Based on the above-stated facts, the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial and the time period of April 19, 2016, to and including the new status conference date of May 24, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare).

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: Aril 14, 2016                        /s/  Bradford Weston, III
                                             BRADFORD WESTON, III
                                             Attorney for Defendant
                                             Gabriel Silva-Soto

Dated: Aril 14, 2016                        /s/  Timothy Zindel
                                             TIMOTHY ZINDEL
                                             Attorney for Defendant
                                             Yasmin Rico

```
Dated: Aril 14, 2016                /s/   Kyle R. Knapp
                                    KYLE R. KNAPP
                                    Attorney for Defendant
                                    Elpidio Pedrizco-Mata

Dated: Aril 14, 2016                /s/   Dina L. Santos
                                    DINA L. SANTOS
                                    Attorney for Defendant
                                    Rigoberto Ibanez-Rojas

Dated: Aril 14, 2016                /s/   Clemente Jimenez
                                    CLEMENTE JIMENEZ
                                    Attorney for Defendant
                                    Victor Vasquez-Heras

Dated: Aril 14, 2016                /s/   Michael E. Hansen
                                    MICHAEL E. HANSEN
                                    Attorney for Defendant
                                    Elodio Morfin-Soto

Dated: Aril 14, 2016                /s/   Gilbert Roque
                                    Gilbert Roque
                                    Attorney for Defendant
                                    Juan Lira-Dejesus

Dated: Aril 14, 2016                /s/   Mark J. Reichel
                                    MARK J. REICHEL
                                    Attorney for Defendant
                                    Apolinar Bautista-Ruiz

Dated: Aril 14, 2016                /s/   Olaf W. Hedberg
                                    OLAF W. HEDBERG
                                    Attorney for Defendant
                                    Marcial Abraham-Montalvo

Dated: Aril 14, 2016                /s/   Christopher R. Cosca
                                    CHRISTOPHER R. COSCA
                                    Attorney for Defendant
                                    Porfirio Vasquez-Heraz

Dated: Aril 14, 2016                /s/   Kristy Kellogg
                                    KRISTY KELLOGG
                                    Attorney for Defendant
                                    Maurilio Vasquez-Heraz

Dated: Aril 14, 2016                /s/   John R. Manning
                                    JOHN R. MANNING
                                    Attorney for Defendant
                                    Jessica Juarez
```

```
Dated: April 14, 2016              Benjamin B. Wagner
                                   United States Attorney

                                   /s/   Samuel Wong
                                   SAMUEL WONG
                                   Assistant United States Attorney
```

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  IT IS SO FOUND AND ORDERED this 15th day of April, 2016.

```
                                   /s/ John A. Mendez
                                   HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT
```